■ LEE G. HARTER, Respondent, v DONALD H. HARTER, Appellant.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Westchester County, entered August 11, 1975, have agreed, after a conference held in this court before Mr. Justice Gittleson on December 17, 1975, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation includes certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs; and it is ordered that the case proceed to trial on January 19, 1976, upon the filing of a note of issue and a statement of readiness; and that the trial court shall consider the question of plaintiff's counsel fees. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ JOSEPHINE HYLAND, Appellant, v MARION CERENECK et al., Defendants. (Action No. 1) MARION CERENECK, Plaintiff, v JOSEPHINE HYLAND, Appellant, and AMERICAN REPUBLIC LIFE INSURANCE COMPANY OF NEW YORK, Respondent, et al., Defendants. (Action No. 2)—The respective attorneys for the parties to this appeal from an order of the Supreme Court, Queens County, entered November 3, 1975, have agreed, by stipulation dated December 19, 1975, after a conference held in this court before Mr. Justice Gittleson on said date, that the order be modified by reducing the award of counsel fee contained therein from $2,700 to $1,000 and that, as so modified, the order be affirmed. In accordance with the foregoing, the order is modified as above set forth and, as so modified, the order is affirmed, without costs. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.